Todd Blanche
Acting Attorney General of the United States
Lisa C. Cartier Giroux
Rebecca R. Perez
Assistant United States Attorneys
Eastern District of Washington
Post Office Box 1494
Spokane, WA 99210-1494
Telephone:  (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>  v.<br><br>JAC DALITSO ARCHER,<br><br>     Defendant. | Case No.: 2:25-CR-00113-RLP-9<br><br>United States Response to Motion in Limine Re Guilty Pleas (ECF 265)<br><br>May 5, 2026 @ 10:30 a.m.<br>With Oral Argument |

Plaintiff, United States of America, by and through Lisa C. Cartier Giroux and Rebecca R. Perez, Assistant United States Attorneys for the Eastern District of Washington, hereby files the following response to Defendant's motion.

The United States agrees that it will not elicit evidence of co-defendants' guilty plea or of their plea agreements. Absent the opening of a door for the admission of such evidence, it should not be admitted at trial. If the United States

MOTION IN LIMINE - 1

believes such a door has been opened, it will bring this issue to the Court's attention outside the presence of the jury.

Dated this 20th day of April 2026

Todd Blanche
Acting Attorney General

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

## CERTIFICATION

I hereby certify that on April 20, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which in turn automatically generated a Notice of Electronic Filing (NEF) to all parties in the case who are registered users of the CM/ECF system.

*s/ Rebecca R. Perez*
Rebecca R. Perez
Assistant United States Attorney

MOTION IN LIMINE - 2