Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
jwolfe@aclu-wa.org
baker@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union of Washington Foundation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THE HONORABLE REBECCA PENNELL

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Justice Forral, Bajun Dhunjisha Mavalwalla II, and Jac Dalitso Archer,<br><br>Defendants. | No. 2:25-cr-00113-RLP-2<br>2:25-cr-00113-RLP-8<br>2:25-cr-00113-RLP-9<br><br>MOTION FOR LEAVE TO FILE AMICUS BRIEF OF AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION<br><br>October 26, 2026<br>Without Oral Argument |

The American Civil Liberties Union of Washington (ACLU-WA) moves for leave to file an amicus curiae brief in support of Defendants' Rule 29 and Rule 33 Motions (ECF Nos. 374, 392, 428, 429, 430), which are set for a hearing before this Court on November 24, 2026. The proposed amicus brief is filed as an attachment to this Motion.

## I. STATEMENT OF INTEREST

The American Civil Liberties Union of Washington (ACLU-WA) is a statewide, nonprofit, nonpartisan organization with over 135,000 members and supporters. It is dedicated to the preservation and defense of civil liberties and civil rights and has a particular interest and expertise regarding the First Amendment. ACLU-WA has participated as counsel and amicus in numerous First Amendment cases in federal courts, including before this Court. *See, e.g., Human Rights Defense Center, Inc., v. Uttecht*, 161 F. 4th 1141 (9th Cir. 2025) (as amicus); *Tucson v. City of Seattle*, 91 F.4th 1318 (9th Cir. 2024) (as amicus); *Selah Alliance for Equality v. City of Selah*, 2021 WL 5286582 (E.D. Wash. June 30, 2021) (on behalf of plaintiffs); *Rynearson v. Ferguson*, 355 F. Supp. 3d 964 (W.D. Wash. 2019) (as amicus).



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

Attorneys for Amicus have reviewed Defendants' Motions and select portions of the record and are familiar with the First Amendment issues presented. Amicus submits that the proposed brief will aid this Court's review of the Defendants' Rule 29 and 33 motions by providing additional context and authority for several of the First Amendment claims raised by Defendants.

Specifically, the proposed brief argues that this Court should order discovery and an evidentiary hearing to determine if Defendants were selectively prosecuted based on their political beliefs, in violation of the First Amendment. Additionally, the brief argues that the Government adopted an overbroad interpretation of 18 U.S.C. § 372 in closing, and urges this Court to assess whether the jury was improperly persuaded to convict based on First Amendment-protected speech and association.

## II. CONCLUSION

For the reasons stated above, Amicus respectfully requests that this Court grant leave to file the attached Amicus brief in support of the Defendants' Rule 29 and Rule 33 Motions.

Dated this 19th day of October, 2026.



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

By: /s/ Jessica Wolfe

Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
cpardue@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union of Washington Foundation

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2026, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF System, which will effectuate service of a copy of this filing to all counsel/parties of record for the referenced cases.

DATED this 19th day of October, 2026.

/s/Tracie Wells
Tracie Wells, Paralegal
twells@aclu-wa.org
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184