Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
jwolfe@aclu-wa.org
baker@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union of Washington Foundation

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

THE HONORABLE REBECCA PENNELL

United States of America,

Plaintiff,

v.

Justice Forral, Bajun Dhunjisha Mavalwalla II, and Jac Dalitso Archer,

Defendants.

No. 2:25-cr-00113-RLP-2
2:25-cr-00113-RLP-8
2:25-cr-00113-RLP-9

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE AMICUS BRIEF

October 26, 2026
Without Oral Argument

**ORDER**

This matter is before the Court on the American Civil Liberties Union of Washington Foundation's Motion for Leave to File Amicus Brief of American Civil Liberties Union of Washington Foundation. Having considered the motion, any responsive briefing, and the record,

IT IS HEREBY ORDERED that the Motion for Leave to File Amicus Brief is GRANTED, and the proposed brief submitted with the motion is deemed filed. Plaintiff shall have until November 9, 2026 to file any substantive response to the Amicus Brief.

Dated this 26th day of October, 2026.

--------------------------------

Rebecca Pennell
United States District Judge



AMERICAN CIVIL LIBERTIES UNION OF WASHINGTON FOUNDATION
P.O. BOX 2728
SEATTLE WA, 98111
(206) 624-2184

Presented By: /s/ Jessica Wolfe

Jessica Wolfe, WSBA No. 52068
La Rond Baker, WSBA No. 43610
**American Civil Liberties Union of Washington Foundation**
P.O. Box 2728
Seattle, WA 98111
Telephone: 206.624.2184
cpardue@aclu-wa.org

Attorneys for *Amicus* American Civil Liberties Union of Washington Foundation