Carl J. Oreskovich, WSBA #12779
Andrew M. Wagley, WSBA #50007
ETTER, McMAHON, LAMBERSON, VAN WERT & ORESKOVICH, P.C.
618 West Riverside Avenue, Suite 210
Spokane, WA 99201
Phone: (509) 747-9100
carl@ettermcmahon.com
awagley@ettermcmahon.com

Caleb Hayes-Deats (*pro hac vice*)
Schuyler Standley (*pro hac vice*)
Angela Reilly (*pro hac vice*)
LOWELL & ASSOCIATES, PLLC
1250 H Street N.W., Suite 250
Washington, DC 20005
Phone: (202) 964-6110
chayes-deats@lowellandassociates.com
sstandley@lowellandassociates.com
areilly@lowellandassociates.com

*Attorneys for Defendant Jac Dalitso Archer*

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

JAC DALITSO ARCHER, *et al.*,

Defendants.

No. 2:25-CR-00113-RLP-9

**DECLARATION OF ANDREW WAGLEY IN SUPPORT OF DEFENDANT ARCHER'S RULE 29 AND RULE 33 REPLY MOTIONS**

I, Andrew Wagley, hereby declare the following:

1. I am a member of the bar of the State of Washington and an attorney at the law firm Etter, McMahon, Lamberson, Van Wert & Oreskovich, P.C. The firm is co-counsel for Defendant Jac Archer in this matter. I submit this declaration in support of Defendant Archer's Replies in support of their Rule 29 Motion for Judgment of Acquittal, ECF 429, and Rule 33 Motion for a New Trial, ECF 430, in the above-captioned matter. The following facts are true and correct to the best of my knowledge, based on my knowledge of the facts in this case, my presence at trial, my review of the evidence described herein, and the inferences drawn therefrom:

2. Attached as **Exhibit 19** is a true and accurate copy of excerpts of Transcript of Jury Trial, Volume III, *United States v. Archer, et al.*, No. 2:25-cr-00113 (E.D. Wash. May 20, 2026), ECF 413.

3. Attached as **Exhibit 20** is a true and accurate copy of excerpts of Transcript of Jury Trial, Volume IV, *United States v. Archer, et al.*, No. 2:25-cr-00113 (E.D. Wash. May 21, 2026), ECF 415.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Signed this 9th day of November, 2026, in Spokane, Washington.

ETTER, MCMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.

By: ______________________
Andrew Wagley
*Attorney for Defendant Archer*



ETTER, McMAHON, LAMBERSON,
VAN WERT & ORESKOVICH, P.C.
618 WEST RIVERSIDE AVENUE, SUITE 210
SPOKANE, WASHINGTON 99201 (509) 747-9100